**(Official Form 1) (12/03)**

| FORM B1 | United States Bankruptcy Court<br>**Northern District of Illinois** | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Beres, Jeffery A. | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>Beres, Pennie L. |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>FDBA Skateboards & More | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   xxx-xx-3552 | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):   xxx-xx-6146 |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>608 W. 7th St.<br>Belvidere, IL 61008 | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>608 W. 7th St.<br>Belvidere, IL 61008 |
| County of Residence or of the<br>Principal Place of Business:    Boone | County of Residence or of the<br>Principal Place of Business:    Boone |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|
| ■ Individual(s)           ☐ Railroad<br>☐ Corporation         ☐ Stockbroker<br>☐ Partnership          ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ■ Chapter 7      ☐ Chapter 11      ☐ Chapter 13<br>☐ Chapter 9      ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |

| **Nature of Debts** (Check one box)<br>■ Consumer/Non-Business    ☐ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached |
|---|---|
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Assets

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001 to<br>$10 million | $10,000,001 to<br>$50 million | $50,000,001 to<br>$100 million | More than<br>$100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>Beres, Jeffery A.<br>Beres, Pennie L. | FORM B1, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X     /s/ Jeffery A. Beres
Signature of Debtor Jeffery A. Beres

X     /s/ Pennie L. Beres
Signature of Joint Debtor  Pennie L. Beres

Telephone Number (If not represented by attorney)

October 14, 2005
Date

### Signature of Attorney

X     /s/ Jeffrey J. Aleman
Signature of Attorney for Debtor(s)

Jeffrey J. Aleman #6238869
Printed Name of Attorney for Debtor(s)

Legal Helpers, PC
Firm Name

20 W. Kinzie
13th Floor
Chicago, IL 60610
Address

(312) 467-0004  Fax: (312) 467-1832
Telephone Number

October 14, 2005
Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐  Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X     /s/ Jeffrey J. Aleman          October 14, 2005
Signature of Attorney for Debtor(s)          Date
Jeffrey J. Aleman #6238869

### Exhibit C

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐  Yes, and Exhibit C is attached and made a part of this petition.

■  No

### Signature of Non-Attorney Petition Preparer

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
### Northern District of Illinois

In re    Jeffery A. Beres,
       Pennie L. Beres

Case No. _____

_____,
                     Debtors

Chapter _____ 7 _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 150,000.00 | | |
| B - Personal Property | Yes | 3 | 12,895.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 158,945.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 21 | | 95,897.39 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,186.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | 3,000.00 |
| Total Number of Sheets of ALL Schedules | | 33 | | | |
| Total Assets | | | 162,895.00 | | |
| Total Liabilities | | | | 254,842.39 | |

In re    Jeffery A. Beres,                           Case No. _____

           Pennie L. Beres,

_____,

                              Debtors

# SCHEDULE A. REAL PROPERTY

       Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

       Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

       If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

       If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| 608 W. 7th St., Belvidere, IL 61008 | fee simple | J | 135,000.00 | 134,219.00 |
| Deercreek Condominium Campground, PO Box 490, Litchfiled, IL | contract for deed | J | 15,000.00 | 15,000.00 |

|  | | |
|---|---|---|
| Sub-Total > | 150,000.00 | (Total of this page) |
| Total > | 150,000.00 | |

   0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

In re    Jeffery A. Beres,                                Case No. _____

          Pennie L. Beres,

_____ ,

Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | checking and savings account Blackhawk Credit Union | J | 0.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous used household goods | J | 900.00 |
| | | | lawnmower, tv, sterio, misc. household goods | J | 200.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

Sub-Total >    1,100.00
(Total of this page)

  __2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    Jeffery A. Beres,                                              Case No. _____
         Pennie L. Beres,

_____,
                              Debtors

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | back child support owed to Pennie Beres | J | 5,000.00 |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >          5,000.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re   Jeffery A. Beres,            Case No. _____
        Pennie L. Beres

                                ,
                          Debtors
## SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | 95 Chevy S10 Blazer.  140k miles | W | 795.00 |
| 24. Boats, motors, and accessories. | | 1992 Bayliner | J | 6,000.00 |
| 25. Aircraft and accessories. | X | | | |
| 26. Office equipment, furnishings, and supplies. | X | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 28. Inventory. | X | | | |
| 29. Animals. | X | | | |
| 30. Crops - growing or harvested. Give particulars. | X | | | |
| 31. Farming equipment and implements. | X | | | |
| 32. Farm supplies, chemicals, and feed. | X | | | |
| 33. Other personal property of any kind not already listed. | X | | | |

|  | Sub-Total > | 6,795.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 12,895.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     Jeffery A. Beres,                                          Case No. _____
          Pennie L. Beres

_____,
                              Debtors

## SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:
*[Check one box]*
☐ 11 U.S.C. §522(b)(1):    Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.
■ 11 U.S.C. §522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** | | | |
| 608 W. 7th St., Belvidere, IL 61008 | 735 ILCS 5/12-901 | 15,000.00 | 135,000.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| checking and savings account Blackhawk Credit Union | 735 ILCS 5/12-1001(b) | 100.00 | 0.00 |
| **Household Goods and Furnishings** | | | |
| Miscellaneous used household goods | 735 ILCS 5/12-1001(b) | 900.00 | 900.00 |
| lawnmower, tv, sterio, misc. household goods | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| **Alimony, Maintenance, Support, and Property Settlements** | | | |
| back child support owed to Pennie Beres | 735 ILCS 5/12-1001(g)(4) | 100% | 5,000.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 95 Chevy S10 Blazer.  140k miles | 735 ILCS 5/12-1001(c) | 2,400.00 | 795.00 |

___0___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6D
(12/03)

In re    Jeffery A. Beres,                                          Case No. _____
         Pennie L. Beres

_____,
                              Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-3552<br><br>American General Finance<br>20 N CLARK ST STE 2600<br>Chicago, IL 60602 | | J | 2000<br><br>NPMSI<br><br>lawnmower, tv, sterio, misc. household goods<br><br>Value $          200.00 | | | | 1,340.00 | 1,140.00 |
| Account No. xxxx2055<br><br>American General Finance<br>342 Chrysler Dr<br>Belvidere, IL 61008 | | J | 95<br><br>Lien on Boat<br><br>1992 Bayliner<br><br>Value $        6,000.00 | | | | 8,386.00 | 2,386.00 |
| Account No. xxx-xx-3552<br><br>First National Acceptance<br>108 W. Union<br>Litchfield, IL 62056 | | J | 00<br><br>contract for deed<br><br>Deercreek Condominium Campground, PO Box 490, Litchfiled, IL<br><br>Value $       15,000.00 | | | | 15,000.00 | 0.00 |
| Account No. xxx886-9<br><br>Household Mortgage Services<br>PO Box 2369<br>Brandon, FL 33509 | | J | 1998<br><br>first mortgage<br><br>608 W. 7th St., Belvidere, IL 61008<br><br>Value $      135,000.00 | | | | 120,000.00 | 0.00 |
| _1_ continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 144,726.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6D - Cont.
(12/03)

In re    Jeffery A. Beres,
         Pennie L. Beres                                                          Case No. _____

_____ ,
                                    Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-3552<br><br>Household Mortgage Services<br>PO Box 17580<br>Baltimore, MD 21297 | | J | 1999<br><br>second mortgage<br><br>608 W. 7th St., Belvidere, IL 61008<br><br>Value $              135,000.00 | | | | 14,219.00 | 0.00 |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |
| Account No. | | | <br><br><br><br>Value $ | | | | | |

Sheet  1   of  1   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal<br>(Total of this page) | 14,219.00 | |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | 158,945.00 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

Form B6E
(04/05)

In re    Jeffery A. Beres,                                                                 Case No. _____
         Pennie L. Beres

_____ ,
                                    Debtors

## SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority,  listed separately by type of priority,  is to be set forth on the sheets provided.  Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F
(12/03)

In re    Jeffery A. Beres,                                                          Case No. _____
         Pennie L. Beres

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xx-3552 <br><br> Accounts Receivable Management, Inc <br> PO Box 637 <br> Bellmawr, NJ 08099-0637 | | J | | | 94 <br> Collection | | | | 50.00 |
| Account No. xxx-xx-3552 <br><br> Allied Interstate, Inc. <br> P. O. Box 361373 <br> Columbus, OH 43236-1598 | | J | | | 00-03 <br> Collection for Sherman Aquisition  LP - GE Capital <br> Notice Only | | | | 0.00 |
| Account No. xx xxxxx3083 <br><br> Allstate Insurance Co. <br> P.O. Box 5660 <br> Woodridge, IL 60517-0660 | | J | | | 01 <br> Collection | | | | 1,348.00 |
| Account No. xxx-xx-3552 <br><br> American General Finance <br> P.O. Box 5110 <br> Carol Stream, IL 60197-5110 | | J | | | 01 <br> Collection - Installment Account | | | | 8,386.00 |

___20___  continuation sheets attached

Subtotal
(Total of this page)        9,784.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    S/N:20274-050825    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                          Case No. _____
         Pennie L. Beres

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx0547<br><br>Anthony B. D'Souza, MD<br>6072 Brynwood Drive<br>Ste 205<br>Rockford, IL 61114 | | | J | | 03<br>Medical Services | | | | 216.00 |
| Account No. xxx-xx-3552<br><br>Aspire<br>PO Box 23007<br>Columbus, GA 31902-3007 | | | J | | 00<br>Credit Card | | | | 1,395.00 |
| Account No. xxx-xx-3552<br><br>AT&T Wireless<br>1600 SW 4th Ave<br>Portland, OR 97201 | | | J | | 03<br>Utility | | | | 447.00 |
| Account No. xxx-xx-3552<br><br>AWH Sales<br>2222 Main St.<br>Evanston, IL 60202 | | | J | | 00<br>Deficiency on skateboard accessories | | | | 1,000.00 |
| Account No. xxx-xx-3552<br><br>Bailey & Assoc, Inc.<br>108 W. Union Ave.<br>Litchfield, IL 62056 | | | J | | 2001<br>Collection | | | | 1,453.00 |

Sheet no. __1__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                           4,511.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                          Case No. _____
         Pennie L. Beres
_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-3552<br><br>Baker, Miller, Markoff & Grasny<br>11 S. LaSalle 19th Fl<br>Chicago, IL 60603 | | J | 2001<br>Collection for Discover | | | | 0.00 |
| Account No. xxxxxxxxx0796<br><br>Banco Popular<br>Cardmember Services<br>PO Box 691147<br>Orlando, FL 32869 | | J | 2000<br>Credit Card - mastercard | | | | 9,096.00 |
| Account No. xxxxxx-xx-xxx816-2<br><br>Beneficial<br>5414 E. State St.<br>Rockford, IL 61108 | | J | 2000<br>loan | | | | 1,922.00 |
| Account No. xxx-xx-3552<br><br>Blatt, Hasenmiller, Leibsker, Moore<br>2 N. LaSalle<br>Ste. 900<br>Chicago, IL 60602 | | J | 2001<br>Collection for Citibank - Radio Shack<br>Notice Only | | | | 0.00 |
| Account No. xxxxxxxxxxxx9000<br><br>Blatt, Hasenmiller, Leibsker, Moore<br>2 N. LaSalle<br>Ste. 900<br>Chicago, IL 60602 | | J | 02-03<br>Collection for Citibank<br>Notice Only | | | | 0.00 |

Sheet no.   2    of   20    sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          11,018.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                      Case No. _____
         Pennie L. Beres

_____,
                              Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-5575<br><br>Blatt, Hasenmiller, Leibsker, Moore<br>2 N. LaSalle<br>Ste. 900<br>Chicago, IL 60602 | | J | 01-02<br>Collection for Direct Merchants Credit Card Bank<br>Notice Only | | | | 0.00 |
| Account No. xxxxxxxxxxxx7039<br><br>Blitt & Gaines PC<br>150 N. Wacker Ste. 2660<br>Chicago, IL 60606 | | J | 02<br>Collection for Capital One Bank<br>Notice Only | | | | 0.00 |
| Account No. 1006<br><br>Cambridge Dental, PC<br>P.O. Box 312<br>Marengo, IL 60152 | | J | 04<br>Medical Services | | | | 505.00 |
| Account No. xxx-xx-3552<br><br>Camelot Radiology<br>PO Box 5847<br>Rockford, IL 61125 | | J | 01<br>Medical Services | | | | 265.00 |
| Account No. xxxx-xxxx-xxxx-1432<br><br>Capital Management Services<br>726 Exchange St, #700<br>Buffalo, NY 14210 | | J | 03-04<br>Collection for Sherman Acquisition LP<br>Notice Only | | | | 0.00 |

Sheet no. __3__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                770.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                      Case No. _____
          Pennie L. Beres

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. xxx-xx-3552 <br><br> Capital One <br> PO Box 85522 <br> Richmond, VA 23285-5522 | J | | | 02-04 <br> Credit Card | | | | 8,952.00 |
| Account No. xxxxxxxxxxxx9000 <br><br> Citibank <br> PO Box 209012 <br> Brooklyn, NY 11220-9012 | J | | | 02-03 <br> Credit Card | | | | 2,974.00 |
| Account No. xxxxxx3924 <br><br> City of Chicago Dept of Revenue <br> 330 S. State St., Suite 540 <br> Chicago, IL 60604-3977 | J | | | 03 <br> Collection | | | | 50.00 |
| Account No. xxxxxxxxxxxx1124 <br><br> Collectech Systems, Inc. <br> Consumer Service Dept. <br> PO Box 4157 <br> Woodland Hills, CA 91365 | J | | | 2000 <br> Collection for Verizon <br> Notice Only | | | | 0.00 |
| Account No. xxxxxx7036 <br><br> Com Ed <br> Bill Payment Center <br> Chicago, IL 60608 | J | | | 03 <br> Utility | | | | 2,980.00 |

Sheet no. __4__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              14,956.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                                    Case No. _____
         Pennie L. Beres

_____,
                                Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx5656<br><br>Condell Acute Care Center<br>900 Garfield<br>PO Box 7040<br>Libertyville, IL 60048-7040 | | J | 2001<br>Medical Services | | | | 462.00 |
| Account No. xx xxxxx3083<br><br>Credit  Collection Services<br>2 Wells Ave.<br>Newton Center, MA 02459 | | J | 2001<br>Collection for Allstate Insurance<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552<br><br>Credit Services<br>PO Box 4<br>Clinton, IA 52733-0004 | | J | 03<br>Collection for Rockford Health System<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552<br><br>Creditors' Protection Service<br>202 W. State St., Suite 300<br>PO Box 4115<br>Rockford, IL 61101 | | J | 03<br>Collection for Nadeem Hanif, MD<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552<br><br>Dennis A. Brebner & Assoc.<br>860 Northpoint Blvd.<br>Waukegan, IL 60085-8511 | | J | 2001<br>Collection for Swedish American Hospital<br>Notice Only | | | | 0.00 |

Sheet no. __5__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          462.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Jeffery A. Beres,                                      Case No. _____
        Pennie L. Beres

_____,
                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W / J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxx-xxxx-xxxx-5575  Direct Merchants Bank  PO Box 21550  Tulsa, OK 74121 | | J | 2001  Credit Card | | | | 3,293.00 |
| Account No. xxxx3432A  Directv  PO Box 78626  Phoenix, AZ 85062-8626 | | J | 03  Utility | | | | 110.00 |
| Account No. xxx-xx-3552  Discover  PO Box 30395  Salt Lake City, UT 84130 | | J | 2001  Credit Card | | | | 4,219.00 |
| Account No. xxxZxxxxx9319  Dynamic Recovery Services  PO Box 815808  Dallas, TX 75381-5808 | | J | 03  Collection for Ameritech-Chicago-First Notice Only | | | | 0.00 |
| Account No. xx0130  Element Skateboard  121 Waterworks Way  Suite 100  Irvine, CA 92618 | | J | 02  Collection | | | | 461.00 |

Sheet no. __6__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    8,083.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re     Jeffery A. Beres,                              Case No. _____

             Pennie L. Beres

_____ ,

                                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. Pxxxxxx9826 <br><br> ePenzio, Inc. <br> 2755 E. Cottonwood Pkwy <br> Suite 450 <br> Salt Lake City, UT 84121-6966 | | | J | 03 <br> Collection | | | | 1,544.00 |
| Account No. xxx-xx-3552 <br><br> Fashion Bug <br> P.O.Box 84073 <br> Columbus, GA 31908-4073 | | | J | 99 <br> Credit Card | | | | 696.00 |
| Account No. CG xxxxxxxx5818 <br><br> Financial Recovery Services <br> P.O. Box 385908 <br> Minneapolis, MN 55438 | | | J | 03-04 <br> Collection for Sherman Acquisition LLP <br> Notice Only | | | | 0.00 |
| Account No. xxxx-xxxx-xxxx-1432 <br><br> Financial Recovery Services <br> P.O. Box 385908 <br> Minneapolis, MN 55438 | | | J | 00-03 <br> Collection for Sherman Acquisitions <br> Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552 <br><br> GE Capital <br> PO Box 508 <br> Depew, NY 14043-0508 | | | J | 00-03 <br> Credit Card | | | | 1,601.00 |

Sheet no. __7__ of __20__ sheets attached to Schedule of                    Subtotal

Creditors Holding Unsecured Nonpriority Claims                      (Total of this page)      3,841.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Jeffery A. Beres,                                          Case No. _____
        Pennie L. Beres

                                                        ,
                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. x7845

Grant Thorton LLP
18300 Von Karman
Suite 800
Irvine, CA 92612-1055 | | | | J | 02-03
Collection for Syndrome Distribution
Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552

Gulf State Credit, LLC
PO Box 105507
Atlanta, GA 30348 | | | | J | 03
Collection | | | | 1,731.00 |
| Account No. PAx2548

Highland Community Hospital
Unknown | | | | J | 96
Medical Services
notice only | | | | 0.00 |
| Account No. xx xxxx xx1581

Home Depot
PO Box 103047
Roswell, GA 30076 | | | | J | 2001
Credit Card | | | | 1,481.00 |
| Account No. xxx-xx-3552

Household Finance
P.O. Box 1878
Carol Stream, IL 60128 | | | | J | 00-03
Collection
Judgment | | | | Unknown |

Sheet no. __8__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          3,212.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Jeffery A. Beres,                                          Case No. _____
        Pennie L. Beres
_____,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxxxxxxx0596  HRS USA / Best Buy PO Box 17298 Baltimore, MD 21297 | | J | | | 2000 Credit Card | | | | 2,666.00 |
| Account No. xxx-xx-3552  Illinois Department of Transportati Division of Traffic Safety 3215 Executive Park Drive Springfield, IL 62766-0001 | | J | | | 2001 notice only | | | | 0.00 |
| Account No. xx-xxx9940  JH Patterson Lumber Co. PO Box 99 Rockford, IL 61105 | | J | | | 2002 Collection | | | | 555.00 |
| Account No. 4368  Joan W. Chen, M.D. 1632 South State Street Belvidere, IL 61008 | | J | | | 03 Medical Services | | | | 526.11 |
| Account No. xxx-xx-3552  Joseph D. Olsen 1318 E. State St. Rockford, IL 61104 | | J | | | 2002 Collection for JH Patterson Company Notice Only | | | | 0.00 |

Sheet no. __9__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,747.11

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                          Case No. _____
         Pennie L. Beres
_____,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxxxx44-10<br><br>Law Offices of Mitchell N. Kay<br>P.O. Box 2374<br>Chicago, IL 60690-2374 | J | | | | 04<br>Collection for Directv - Notice | | | | 0.00 |
| Account No. xxxxxx3924<br><br>Linebarger Goggan Blair & Sampson<br>PO Box 803225<br>Chicago, IL 60680-3225 | J | | | | 03<br>Collection for City of Chicago Department of Revenue<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552<br><br>Lyon & Silvestri<br>4615 E. State St. Ste. 203<br>Rockford, IL 61108 | J | | | | 2002<br>Collection for Discover Card<br>Notice Only | | | | 0.00 |
| Account No. Pxxxxxx9826<br><br>Monterey Financial Services<br>PO Box 2669<br>Carlsbad, CA 92018 | J | | | | 03<br>Collection for ePenzio, Inc.<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552<br><br>Montgomery County Treasurer<br>PO Box 596<br>Hillsboro, IL 62049 | J | | | | 01<br>Property taxes<br>608 W. 7th St., Belvidere, IL 61008 | | | | Unknown |

Sheet no. __10__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                    0.00
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                          Case No. _____
         Pennie L. Beres

                                                              ,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xx-xxx-x59-47<br><br>Montgomery County Treasurer<br>PO Box 596<br>Hillsboro, IL 62049 | | J | | | 2001<br>Deercreek Condominium Campground, PO Box 490, Litchfiled, IL | | | | 1,000.00 |
| Account No. x7325<br><br>Mutual Management Services, Inc<br>401 E. State St. P.O. Box 4777<br>Rockford, IL 61104 | | J | | | 02-03<br>Collection for Radiology Consultant of Rockford<br>Notice Only | | | | 0.00 |
| Account No. 8544<br><br>Mutual Management Services, Inc<br>401 E. State St. P.O. Box 4777<br>Rockford, IL 61104 | | J | | | 03<br>Collection for Northern Illinois Imaging<br>Notice Only | | | | 0.00 |
| Account No. x7513<br><br>Nadeem Hanif, MD<br>5668 E. State St.<br>B600<br>Rockford, IL 61108 | | J | | | 02-03<br>Medical Services | | | | 13.58 |
| Account No. xxx-xx-3552<br><br>NCO Financial<br>PO Box 41457<br>Philadelphia, PA 19101 | | J | | | 2001<br>Collection for Verizon North<br>Notice Only | | | | 0.00 |

Sheet no. __11__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,013.58

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                    Case No. _____
         Pennie L. Beres

_____,
                                Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxx-xx-3552<br><br>NCO Financial<br>PO Box 41846<br>Philadelphia, PA 19101 | | J | 03<br>Collection for AT&T Wireless<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552<br><br>NCO Group<br>2665 Elizabeth Lake<br>Waterford, MI 48328 | | J | 02-04<br>Collection for Capitol One/Metris<br>Notice Only | | | | 0.00 |
| Account No. 8544<br><br>Northern Illinois Imaging<br>PO Box 388309<br>Chicago, IL 60638 | | J | 03<br>Medical Services | | | | 311.00 |
| Account No. xx9742<br><br>Northwest Suburban Community Hosp.<br>PO Box 77000<br>Detroit, MI 48277-0539 | | J | 2001<br>Medical Services | | | | 305.00 |
| Account No. xxx-xx-3552<br><br>Palisades collection<br>2425 Commerce Ave  ste 10<br>Suite 6<br>Duluth, GA 30096 | | J | 02<br>Collection | | | | 1,396.00 |

Sheet no. _12_ of _20_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                     2,012.00
(Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,    Case No. _____
      Pennie L. Beres

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xx-3552<br><br>Pierce & Associates<br>18 S. Michigan Ave.<br>Suite 1200<br>Chicago, IL 60603 | | | J | | 00-03<br>Collection for Household Finance<br>Judgment<br>Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552<br><br>Portfolio Recovery Associates LLC<br>P.O. Box 12914<br>Norfolk, VA 23541 | | | J | | 02-04<br>Collection | | | | 1,027.00 |
| Account No. xxxx-xxxx-xxxx-9572<br><br>Providian<br>P.O. Box 371444<br>Pittsburgh, PA 15250 | | | J | | 00-04<br>Credit Card | | | | 2,516.00 |
| Account No. xxx-xx-3552<br><br>Providian Financial<br>PO Box 371444<br>Pittsburgh, PA 15250-7444 | | | J | | 00-04<br>Credit card | | | | 2,438.00 |
| Account No. xxx-xx-3552<br><br>Radio Shack<br>PO Box 9025<br>Des Moines, IA 50368 | | | J | | 2000<br>Credit Card | | | | 2,564.00 |

Sheet no. __13__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,545.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Jeffery A. Beres,                                        Case No. _____
        Pennie L. Beres

_____ ,
                                    Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxx-xx-3552 Radiology Consultants Rockford PO Box 4542 Rockford, IL 61110 | | | J | | 02-03 Medical Services | | | | 235.00 |
| Account No. xxx-xx-3552 Riddle & Associates, P.C. PO Box 1187 Sandy, UT 84091 | | | J | | 02-04 Collection for NCO Group - Capitol One/Metris Notice Only | | | | 0.00 |
| Account No. xxxxxxxxxxxx0596 RMA, Inc. 8400 W. 110th Ste. 520 Shawnee Mission, KS 66210 | | | J | | 2000 Collection for Sherman Acquisitions Notice Only | | | | 0.00 |
| Account No. xxx-xx-3552 Rockford Cardiology Associates, Ltd 5668 E. State St. Suite B200 Rockford, IL 61108-2465 | | | J | | 2001 Medical Services | | | | 29.00 |
| Account No. xxx-xx-3552 Rockford Health System 2300 N. Rockton Ave. Rockford, IL 61103 | | | J | | 03 Medical Services | | | | 116.00 |

Sheet no. __14__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                              380.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                          Case No. _____
        Pennie L. Beres
        _____,
                                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx8371<br><br>Rockford Memorial Hospital<br>PO Box 14125<br>Rockford, IL 61105 | | J | 03<br>Medical Services | | | | 116.00 |
| Account No. xxx-xx-3552<br><br>Rockford Mercantile Agency<br>2502 S. Alpine Rd<br>Rockford, IL 61108 | | J | 2001<br>Collection | | | | 0.00 |
| Account No. x9297<br><br>Rockford Orthopedic Ltc<br>535 Roxbury Rd.<br>Rockford, IL 61107 | | J | 2001<br>Medical Services | | | | 902.00 |
| Account No. Fx5169<br><br>Rosecrance<br>Unknown | | J | 00<br>Medical Services | | | | 675.00 |
| Account No. xxx-xx-3552<br><br>SBC<br>3206 W. 61st Street<br>Chicago, IL 60629 | | J | 00-04<br>Utility | | | | 371.00 |

Sheet no. __15__ of __20__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)    2,064.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                              Case No. _____
         Pennie L. Beres

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. xxx-xx-3552 | | | 00 Credit Card | | | | | |
| Seventh Avenue 1112 7th Ave. Monroe, WI 53566 | J | | | | | | | 327.00 |
| Account No. xxxx-xxxx-xxxx-1432 | | | 03 Collection | | | | | |
| Sherman Acquisitions PO Box 9017 Oceanside, NY 11572 | J | | | | | | | 6,898.00 |
| Account No. CG xxxxxxxx5818 | | | 03-04 Collection | | | | | |
| Sherman Acquisitions, LLP P.O. Box 10587 Greenville, SC 29603-0587 | J | | | | | | | 1,675.00 |
| Account No. Fxxxxx6274 | | | 04 Medical Services | | | | | |
| Silver Cross Hospital 1200 Maple Road Joliet, IL 60432 | J | | | | | | | 1,689.00 |
| Account No. BEREJE10 | | | 04 Medical Services | | | | | |
| Sodaran P. Jacob MD 435 N Mulford Rd Ste 6 Rockford, IL 61107 | J | | | | | | | 224.00 |

Sheet no. __16__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                10,813.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Jeffery A. Beres,          Case No. _____
        Pennie L. Beres

_____,
Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. xxxx4431 | | | | | 04 Collection for Verizon - Notice | | | | |
| Solomon & Solomon PC Columbia Circle Box 15019 Albany, NY 12212-5019 | | | J | | | | | | 0.00 |
| Account No. xxx-xx-3552 | | | | | 98 Notice | | | | |
| St Joseph Hospital 2900 N. Lake Shore Dr. Chicago, IL 60657 | | | J | | | | | | 0.00 |
| Account No. xxx-xx-3552 | | | | | 01 Medical Services | | | | |
| St. Anthony Medical Center 1201 S. Main St. Crown Point, IN 46307 | | | J | | | | | | 2,851.00 |
| Account No. xxxx-xxxx-xxxx-9572 | | | | | 00-03 Collection for Providian Notice Only | | | | |
| Supras Resource Corporation 3120 Hayes Rd. Suite 200 Houston, TX 77082 | | | J | | | | | | 0.00 |
| Account No. xxx-xx-3552 | | | | | 2000 Medical Services | | | | |
| Swedish American Hospital PO Box 4448 Rockford, IL 61110 | | | J | | | | | | 1,554.00 |

Sheet no. __17__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          4,405.00

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                          Case No. _____
         Pennie L. Beres

_____,
                                    Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. Lxxxxx3007<br><br>Swedish American Hospital<br>PO Box 4448<br>Rockford, IL 61110 | | J | | 03<br>Medical Services | | | | 293.00 |
| Account No. x7845<br><br>Syndrome Distribution<br>1410 Vantage Ct.<br>Vista, CA 92083-8509 | | J | | 02-03<br>Collection | | | | 1,163.00 |
| Account No. xx0130<br><br>The CIT Group/Commercial Services<br>PO Box 1036<br>Charlotte, NC 28201-1036 | | J | | 02<br>Collection for Element Skateboard | | | | 0.00 |
| Account No. xxxxxxxxxxxx /xxxxxxx1426<br><br>The Spine Center<br>7627 W. Lake St.<br>Suite 210<br>River Forest, IL 60305 | | J | | 04<br>Medical Services | | | | 1,337.70 |
| Account No. xxxxxxxxxxxx0407<br><br>Verizon<br>One Verizon Place<br>Alpharetta, GA 30004 | | J | | 02<br>Utility | | | | 249.00 |

Sheet no. __18__ of __20__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          3,042.70

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re   Jeffery A. Beres,                          Case No. _____
         Pennie L. Beres

                                                 ,
                                 Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxxxxxxx0407<br><br>Verizon<br>One Verizon Place<br>Alpharetta, GA 30004 | | J | | | 04<br>Cellular/paging | | | | 250.00 |
| Account No. xx xxxx xxxxxxx31 06<br><br>Verizon North<br>PO Box 920041<br>Dallas, TX 75392 | | J | | | 2001<br>Cellular/paging | | | | 670.00 |
| Account No. Fx3352<br><br>Video Goldmine<br>Unknown | | J | | | 00<br>Membership/Subscription | | | | 42.00 |
| Account No. xxxxx7-100<br><br>Wilber Law Firm PC<br>PO Box 2159<br>Bloomington, IL 61702 | | J | | | 2001<br>Collection for State Farm Insurance<br>RE: Emmanuel Zervos | | | | 926.00 |
| Account No. xxxx6851<br><br>William McCullough Jr.<br>775 Orange St.<br>Elgin, IL 60123 | | J | | | 2001<br>property damage | | | | 1,350.00 |

Sheet no. __19__ of __20__ sheets attached to Schedule of                  Subtotal          3,238.00
Creditors Holding Unsecured Nonpriority Claims                   (Total of this page)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re    Jeffery A. Beres,                                             Case No. _____
         Pennie L. Beres

_____ ,
                              Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. xxx-xx-3552<br><br>Wolpoff & Abramson, L.L.P.<br>7272 Wisconsin Ave, 4th floor<br>Bethesda, MD 20814-4838 | | | J | | 2000<br>Collection for GE Capital | | | | 0.00 |
| Account No. xx xxxx xx1581<br><br>Wolpoff & Abramson, LLP<br>702 King Farm Road<br>Rockville, MD 20850-5775 | | | J | | 02<br>Collection for Home Depot<br>Notice Only | | | | 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet no. __20__ of __20__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | | Subtotal<br>(Total of this page) | | | 0.00 |
| | | | | | | Total<br>(Report on Summary of Schedules) | | | 95,897.39 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    Jeffery A. Beres,                                                                  Case No. _____
         Pennie L. Beres

_____ ,
                          Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE:    A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
         schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

___0___ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                  Best Case Bankruptcy

In re      Jeffery A. Beres,                                                    Case No. _____
           Pennie L. Beres
_____,
                                               Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

___0___  continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6I
(12/03)

In re    Jeffery A. Beres
         Pennie L. Beres                                              Case No. _____
                              Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP None. | AGE |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Unemployed | Manager |
| Name of Employer | Unemployed | HMS Hosts |
| How long employed | | 1 year |
| Address of Employer | | 5551 Pearl St. Belvidere, IL 61008 |

| INCOME:  (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ 0.00 | $ 2,916.00 |
| Estimated monthly overtime | $ 0.00 | $ 0.00 |
| SUBTOTAL | $ 0.00 | $ 2,916.00 |
| LESS PAYROLL DEDUCTIONS | | |
| a.  Payroll taxes and social security | $ 0.00 | $ 730.00 |
| b.  Insurance | $ 0.00 | $ 0.00 |
| c.  Union dues | $ 0.00 | $ 0.00 |
| d.  Other (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ 0.00 | $ 730.00 |
| TOTAL NET MONTHLY TAKE HOME PAY | $ 0.00 | $ 2,186.00 |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ 0.00 | $ 0.00 |
| Income from real property | $ 0.00 | $ 0.00 |
| Interest and dividends | $ 0.00 | $ 0.00 |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ 0.00 | $ 0.00 |
| Social security or other government assistance (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| Pension or retirement income | $ 0.00 | $ 0.00 |
| Other monthly income (Specify) | $ 0.00 | $ 0.00 |
| | $ 0.00 | $ 0.00 |
| TOTAL MONTHLY INCOME | $ 0.00 | $ 2,186.00 |

TOTAL COMBINED MONTHLY INCOME    $         2,186.00        (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:

In re    Jeffery A. Beres
         Pennie L. Beres _____    Case No. _____
                            Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,700.00 |
| Are real estate taxes included?          Yes ___    No _X_ | | |
| Is property insurance included?          Yes ___    No _X_ | | |
| Utilities:     Electricity and heating fuel | $ | 200.00 |
|       Water and sewer | $ | 60.00 |
|       Telephone | $ | 100.00 |
|       Other | $ | 0.00 |
| Home maintenance (repairs and upkeep) | $ | 60.00 |
| Food | $ | 350.00 |
| Clothing | $ | 50.00 |
| Laundry and dry cleaning | $ | 30.00 |
| Medical and dental expenses | $ | 30.00 |
| Transportation (not including car payments) | $ | 250.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 100.00 |
| Charitable contributions | $ | 0.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|       Homeowner's or renter's | $ | 0.00 |
|       Life | $ | 0.00 |
|       Health | $ | 0.00 |
|       Auto | $ | 70.00 |
|       Other | $ | 0.00 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|       Auto | $ | 0.00 |
|       Other | $ | 0.00 |
|       Other | $ | 0.00 |
|       Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other | $ | 0.00 |
| Other | $ | 0.00 |
| **TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)** | **$** | **3,000.00** |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]
Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---|
| A.  Total projected monthly income | $ | N/A |
| B.  Total projected monthly expenses | $ | N/A |
| C.  Excess income (A minus B) | $ | N/A |
| D.  Total amount to be paid into plan each _____ | $ | N/A |
|                                     (interval) | | |

# United States Bankruptcy Court
### Northern District of Illinois

In re  Jeffery A. Beres
       Pennie L. Beres                                    Case No.

                                   Debtor(s)           Chapter    7

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___34___ sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date  October 14, 2005              Signature   /s/ Jeffery A. Beres
                                              Jeffery A. Beres
                                            Debtor

Date  October 14, 2005              Signature   /s/ Pennie L. Beres
                                              Pennie L. Beres
                                        Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Form 7
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Jeffery A. Beres
     Pennie L. Beres                                                                   Case No.

                                                      Debtor(s)               Chapter    7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| $30,000.00 | 2003 estimated gross income |
| $35,000.00 | 2004 estimated gross income |
| $20,000.00 | 2005 - year to date estimated gross income |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

          AMOUNT                         SOURCE

2

### 3. Payments to creditors

None
■   a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■   b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
□   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| JH Patterson Company V. Jeffery Beres Case No. 2002-SC-120 | collections | boone county | pending |
| Discover Bank v. Beres Case No. 2002-SC-142 | collection | Boone County | pending |
| Household Finance Corporation v. Debtor 03 CH 144 | Collection | Circuit Court Boone County, IL | pending |

None
■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None
■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None
■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None
■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None
■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None
☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Macey Chern & Diab 444 N. Wells, Ste. 301 Chicago, IL 60610 | 10/02 | $900 |

### 10. Other transfers

None
■    List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

4

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14. Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

### 15. Prior address of debtor

None
■

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

### 16. Spouses and Former Spouses

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

5

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■   a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
☐   a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

    If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

    If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Skateboards & More | 20833149 | 608 W. 7th St, Belvidere, IL 61008 | retail shop | 4/1/00 - 10/03; closed |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  October 14, 2005       Signature   /s/ Jeffery A. Beres
                                                            Jeffery A. Beres
                                                            Debtor

Date  October 14, 2005       Signature   /s/ Pennie L. Beres
                                                            Pennie L. Beres
                                                            Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

Official Form 8
(12/03)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Jeffery A. Beres                               Case No. _____
        Pennie L. Beres

Debtor(s)             Chapter     7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1.   I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2.   I intend to do the following with respect to the property of the estate which secures those consumer debts:

*a. Property to Be Surrendered.*

| | **Description of Property** | **Creditor's name** |
|---|---|---|
| 1. | 1992 Bayliner | American General Finance |
| 2. | Deercreek Condominium Campground, PO Box 490, Litchfiled, IL | First National Acceptance |
| 3. | Deercreek Condominium Campground, PO Box 490, Litchfiled, IL | Montgomery County Treasurer |

*b. Property to Be Retained*                      *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | 608 W. 7th St., Belvidere, IL 61008 | Household Mortgage Services | | | X |
| 2. | 608 W. 7th St., Belvidere, IL 61008 | Household Mortgage Services | | | X |
| 3. | Property taxes 608 W. 7th St., Belvidere, IL 61008 | Montgomery County Treasurer | | | X |
| 4. | lawnmower, tv, sterio, misc. household goods | American General Finance | X (avoid lien) | | |

Date   October 14, 2005          Signature   /s/ Jeffery A. Beres
                                                 Jeffery A. Beres
                                                 Debtor

Date   October 14, 2005          Signature   /s/ Pennie L. Beres
                                                 Pennie L. Beres
                                                 Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Jeffery A. Beres
       Pennie L. Beres

Debtor(s)

Case No. _____

Chapter   7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $ 900.00 |
| Prior to the filing of this statement I have received | $ 900.00 |
| Balance Due | $ 0.00 |

2. The source of the compensation paid to me was:

   ■   Debtor      ☐   Other (specify):

3. The source of compensation to be paid to me is:

   ■   Debtor      ☐   Other (specify):

4. ■   I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐   I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods, relief from stay actions, motions to redeem or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   October 14, 2005

/s/ Jeffrey J. Aleman
Jeffrey J. Aleman #6238869
Legal Helpers, PC
20 W. Kinzie
13th Floor
Chicago, IL 60610
(312) 467-0004  Fax: (312) 467-1832

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### NOTICE TO CONSUMER DEBTOR OF AVAILABLE CHAPTERS

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

## Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)

1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

## Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)

1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

## Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

## Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)

Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

| | | | |
|---|---|---|---|
| /s/ Jeffery A. Beres | /s/ Pennie L. Beres | October 14, 2005 | |
| Debtor's Signature | Joint Debtor's Signature | Date | Case Number |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re   Jeffery A. Beres
Pennie L. Beres

Case No. _____

Debtor(s)    Chapter  7

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:  October 14, 2005      /s/ Jeffery A. Beres
Jeffery A. Beres
Signature of Debtor

Date:  October 14, 2005      /s/ Pennie L. Beres
Pennie L. Beres
Signature of Debtor

Jeffery A. Beres
Pennie L. Beres
608 W. 7th St.
Belvidere, IL 61008

Allied Wireless
1600 SW 4th Ave
Portland, OR 97201

Capital Management Services
726 Exchange St, #700
Buffalo, NY 14210

Jeffrey J. Aleman
Legal Helpers, PC
20 W. Kinzie
13th Floor
Chicago, IL 60610

AWH Sales
2222 Main St.
Evanston, IL 60202

Capital One
PO Box 85522
Richmond, VA 23285-5522

Accounts Receivable Management, Inc
PO Box 637
Bellmawr, NJ 08099-0637

Bailey & Assoc, Inc.
108 W. Union Ave.
Litchfield, IL 62056

Citibank
PO Box 209012
Brooklyn, NY 11220-9012

Allied Interstate, Inc.
P. O. Box 361373
Columbus, OH 43236-1598

Baker, Miller, Markoff & Grasny
11 S. LaSalle 19th Fl
Chicago, IL 60603

City of Chicago Dept of Revenue
330 S. State St., Suite 540
Chicago, IL 60604-3977

Allstate Insurance Co.
P.O. Box 5660
Woodridge, IL 60517-0660

Banco Popular
Cardmember Services
PO Box 691147
Orlando, FL 32869

Collectech Systems, Inc.
Consumer Service Dept.
PO Box 4157
Woodland Hills, CA 91365

American General Finance
20 N CLARK ST STE 2600
Chicago, IL 60602

Beneficial
5414 E. State St.
Rockford, IL 61108

Com Ed
Bill Payment Center
Chicago, IL 60608

American General Finance
P.O. Box 5110
Carol Stream, IL 60197-5110

Blatt, Hasenmiller, Leibsker, Moore
2 N. LaSalle
Ste. 900
Chicago, IL 60602

Condell Acute Care Center
900 Garfield
PO Box 7040
Libertyville, IL 60048-7040

American General Finance
342 Chrysler Dr
Belvidere, IL 61008

Blitt & Gaines PC
150 N. Wacker Ste. 2660
Chicago, IL 60606

Credit  Collection Services
2 Wells Ave.
Newton Center, MA 02459

Anthony B. D'Souza, MD
6072 Brynwood Drive
Ste 205
Rockford, IL 61114

Cambridge Dental, PC
P.O. Box 312
Marengo, IL 60152

Credit Services
PO Box 4
Clinton, IA 52733-0004

Aspire
PO Box 23007
Columbus, GA 31902-3007

Camelot Radiology
PO Box 5847
Rockford, IL 61125

Creditors' Protection Service
202 W. State St., Suite 300
PO Box 4115
Rockford, IL 61101

Dennis A. Brebner & Assoc.
860 Northpoint Blvd.
Waukegan, IL 60085-8511

GE Capital
PO Box 900
Depew, NY 14043-0508

J. R. Patterson Lumber Co.
PO Box 99
Rockford, IL 61105

Direct Merchants Bank
PO Box 21550
Tulsa, OK 74121

Grant Thorton LLP
18300 Von Karman
Suite 800
Irvine, CA 92612-1055

Joan W. Chen, M.D.
1632 South State Street
Belvidere, IL 61008

Directv
PO Box 78626
Phoenix, AZ 85062-8626

Gulf State Credit, LLC
PO Box 105507
Atlanta, GA 30348

Joseph D. Olsen
1318 E. State St.
Rockford, IL 61104

Discover
PO Box 30395
Salt Lake City, UT 84130

Highland Community Hospital
Unknown

Law Offices of Mitchell N. Kay
P.O. Box 2374
Chicago, IL 60690-2374

Dynamic Recovery Services
PO Box 815808
Dallas, TX 75381-5808

Home Depot
PO Box 103047
Roswell, GA 30076

Linebarger Goggan Blair & Sampso
PO Box 803225
Chicago, IL 60680-3225

Element Skateboard
121 Waterworks Way
Suite 100
Irvine, CA 92618

Household Finance
P.O. Box 1878
Carol Stream, IL 60128

Lyon & Silvestri
4615 E. State St. Ste. 203
Rockford, IL 61108

ePenzio, Inc.
2755 E. Cottonwood Pkwy
Suite 450
Salt Lake City, UT 84121-6966

Household Mortgage Services
PO Box 2369
Brandon, FL 33509

Monterey Financial Services
PO Box 2669
Carlsbad, CA 92018

Fashion Bug
P.O.Box 84073
Columbus, GA 31908-4073

Household Mortgage Services
PO Box 17580
Baltimore, MD 21297

Montgomery County Treasurer
PO Box 596
Hillsboro, IL 62049

Financial Recovery Services
P.O. Box 385908
Minneapolis, MN 55438

HRS USA / Best Buy
PO Box 17298
Baltimore, MD 21297

Mutual Management Services, Inc
401 E. State St. P.O. Box 4777
Rockford, IL 61104

First National Acceptance
108 W. Union
Litchfield, IL 62056

Illinois Department of Transportati
Division of Traffic Safety
3215 Executive Park Drive
Springfield, IL 62766-0001

Nadeem Hanif, MD
5668 E. State St.
B600
Rockford, IL 61108

NCO Financial
PO Box 41457
Philadelphia, PA 19101

Radio Shack
PO Box 9025
Des Moines, IA 50368

SBC
3206 W. 61st Street
Chicago, IL 60629

NCO Financial
PO Box 41846
Philadelphia, PA 19101

Radiology Consultants Rockford
PO Box 4542
Rockford, IL 61110

Seventh Avenue
1112 7th Ave.
Monroe, WI 53566

NCO Group
2665 Elizabeth Lake
Waterford, MI 48328

Riddle & Associates, P.C.
PO Box 1187
Sandy, UT 84091

Sherman Acquisitions
PO Box 9017
Oceanside, NY 11572

Northern Illinois Imaging
PO Box 388309
Chicago, IL 60638

RMA, Inc.
8400 W. 110th Ste. 520
Shawnee Mission, KS 66210

Sherman Acquisitions, LLP
P.O. Box 10587
Greenville, SC 29603-0587

Northwest Suburban Community Hosp.
PO Box 77000
Detroit, MI 48277-0539

Rockford Cardiology Associates, Ltd
5668 E. State St.
Suite B200
Rockford, IL 61108-2465

Silver Cross Hospital
1200 Maple Road
Joliet, IL 60432

Palisades collection
2425 Commerce Ave  ste 10
Suite 6
Duluth, GA 30096

Rockford Health System
2300 N. Rockton Ave.
Rockford, IL 61103

Sodaran P. Jacob MD
435 N Mulford Rd
Ste 6
Rockford, IL 61107

Pierce & Associates
18 S. Michigan Ave.
Suite 1200
Chicago, IL 60603

Rockford Memorial Hospital
PO Box 14125
Rockford, IL 61105

Solomon & Solomon PC
Columbia Circle
Box 15019
Albany, NY 12212-5019

Portfolio Recovery Associates LLC
P.O. Box 12914
Norfolk, VA 23541

Rockford Mercantile Agency
2502 S. Alpine Rd
Rockford, IL 61108

St Joseph Hospital
2900 N. Lake Shore Dr.
Chicago, IL 60657

Providian
P.O. Box 371444
Pittsburgh, PA 15250

Rockford Orthopedic Ltc
535 Roxbury Rd.
Rockford, IL 61107

St. Anthony Medical Center
1201 S. Main St.
Crown Point, IN 46307

Providian Financial
PO Box 371444
Pittsburgh, PA 15250-7444

Rosecrance
Unknown

Supras Resource Corporation
3120 Hayes Rd.
Suite 200
Houston, TX 77082

Swedish American Hospital
PO Box 4448
Rockford, IL 61110

Wolpoff & Abramson LLP
702 King Farm Road
Rockville, MD 20850-5775

Syndrome Distribution
1410 Vantage Ct.
Vista, CA 92083-8509

The CIT Group/Commercial Services
PO Box 1036
Charlotte, NC 28201-1036

The Spine Center
7627 W. Lake St.
Suite 210
River Forest, IL 60305

Verizon
One Verizon Place
Alpharetta, GA 30004

Verizon North
PO Box 920041
Dallas, TX 75392

Video Goldmine
Unknown

Wilber Law Firm PC
PO Box 2159
Bloomington, IL 61702

William McCullough Jr.
775 Orange St.
Elgin, IL 60123

Wolpoff & Abramson, L.L.P.
7272 Wisconsin Ave, 4th floor
Bethesda, MD 20814-4838