UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| IN RE:<br>BERES, JEFFERY A.<br>BERES, PENNIE L.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-76888 MB<br><br>HONORABLE MANUEL BARBOSA |
|---|---|

### TRUSTEE'S FINAL REPORT

To: THE HONORABLE MANUEL BARBOSA
BANKRUPTCY JUDGE

NOW COMES <u>JOSEPH D. OLSEN</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report in accordance with 11 U.S.C. §704(9).

1. JOSEPH D. OLSEN was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 10/14/05. An order for relief under Chapter 7 was entered on 10/14/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2. The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed as necessary and appropriate; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's Final Report as of November 6, 2006 is as follows:

| | | | |
|---|---|---|---:|
| a. | RECEIPTS (See Exhibit C) | | 100,101.35 |
| b. | DISBURSEMENTS (See Exhibit C) | | 51,886.40 |
| c. | NET CASH available for distribution | | 48,214.95 |
| d. | TRUSTEE/PROFESSIONAL COSTS | | |
| | 1. | Trustee compensation requested (See Exhibit E.) | 7,505.07 |
| | 2. | Trustee Expenses (See Exhibit E.) | 33.54 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F.) | 4,208.50 |
| | 4. | Estimated compensation and expense reimbursement request (See Exhibit F.) | |

5. The Bar Date for filing unsecured claims expired on 03/23/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (as necessary and appropriate, a copy of the Trustee's proposed distribution is attached as Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | 0.00 |
| b. | Chapter 7 administrative and 28 U.S.C. §1930 claims | 11,747.11 |
| c. | Allowed Chapter 11 administrative claims | 0.00 |
| d. | Allowed priority claims | 0.00 |
| e. | Allowed unsecured claims | 62,268.68 |

7. Trustee proposes that unsecured creditors receive a distribution of 58.57% of allowed claims.

8. Total compensation and expense previously awarded to Trustee's counsel, accountant or other professional was $35,524.40. Professional's compensation and expense requested but not yet allowed is $4,208.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $39,732.90. (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G.)

9. A fee of $900.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: 11/6/2006

s/s Joseph D. Olsen
JOSEPH D. OLSEN
YALDEN, OLSEN & WILLETTE
1318 EAST STATE STREET
ROCKFORD, IL 61104-2228

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-76888 MB | Trustee: (330400) | JOSEPH D. OLSEN |
|---|---|---|---|
| Case Name: | BERES, JEFFERY A. | Filed (f) or Converted (c): | 10/14/05 (f) |
| | BERES, PENNIE L. | §341(a) Meeting Date: | 12/05/05 |
| Period Ending: | 11/06/06 | Claims Bar Date: | 03/23/06 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residence - 608 W. 7th St. | 134,219.00 | 0.00 | DA | 0.00 | FA |
| 2 | Deercreek Condo (campground) | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Ckg/Svgs | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | HHG/furnishings | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 5 | Back child support owed | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | Vehicle | 795.00 | 0.00 | DA | 0.00 | FA |
| 7 | Boat | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | PI Case (u) | 0.00 | 50,000.00 | DA | 100,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 101.35 | Unknown |
| 9 | Assets    Totals (Excluding unknown values) | $162,114.00 | $50,000.00 | | $100,101.35 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):  December 31, 2008          Current Projected Date Of Final Report (TFR):  November 7, 2006  (Actual)

Printed: 11/06/2006 03:05 PM    V.8.12

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-76888 MB | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | BERES, JEFFERY A. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BERES, PENNIE L. | | Account: | \*\*\*-\*\*\*\*\*13-65 - Money Market Account |
| Taxpayer ID #: | 13-7535388 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/06/06 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/06 | {8} | Secura Insurance Companies | Settlement draft | 1242-000 | 100,000.00 | | 100,000.00 |
| 07/24/06 | | To Account #\*\*\*\*\*\*\*\*1366 | Transfer funds to pay P.I. & Debtor exemption. | 9999-000 | | 50,524.40 | 49,475.60 |
| 07/28/06 | | To Account #\*\*\*\*\*\*\*\*1366 | Per Ct. Order of 7/17/06 to pay liens | 9999-000 | | 1,362.00 | 48,113.60 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 19.50 | | 48,133.10 |
| 08/15/06 | | To Account #\*\*\*\*\*\*\*\*1366 | Transfer funds to pay PI & medical liens per Ct. Order of 8/14 | 9999-000 | | 19,391.55 | 28,741.55 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 25.91 | | 28,767.46 |
| 09/20/06 | | From Account #\*\*\*\*\*\*\*\*1366 | Money transferred to DDA in error | 9999-000 | 19,000.00 | | 47,767.46 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 22.44 | | 47,789.90 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 33.50 | | 47,823.40 |
| | | | **ACCOUNT TOTALS** | | 119,101.35 | 71,277.95 | **$47,823.40** |
| | | | Less: Bank Transfers | | 19,000.00 | 71,277.95 | |
| | | | **Subtotal** | | 100,101.35 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$100,101.35** | **$0.00** | |

{} Asset reference(s)  Printed: 11/06/2006 02:56 PM  V.8.12

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-76888 MB | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| Case Name: | BERES, JEFFERY A. | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | BERES, PENNIE L. | Account: | ***-*****13-66 - Checking Account |
| Taxpayer ID #: | 13-7535388 | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 11/06/06 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/24/06 | | From Account #*********1365 | Transfer funds to pay P.I. & Debtor exemption. | 9999-000 | 50,524.40 | | 50,524.40 |
| 07/27/06 | 101 | The Law Office of Albert R. Pino | PI fees/costs per Ct. Ord of 7/17/06 | 3210-000 | | 35,524.40 | 15,000.00 |
| 07/27/06 | 102 | Jeffery A. and Pennie L. Beres | P.I. exemption - per Court Order of 7/17/06 | 8100-002 | | 15,000.00 | 0.00 |
| 07/28/06 | | From Account #*********1365 | Per Ct. Order of 7/17/06 to pay liens | 9999-000 | 1,362.00 | | 1,362.00 |
| 08/01/06 | 103 | Dr. Edwin Pyun | Your ref: Chart #BERJE001 (Per Court Order of 7/17) | 4220-000 | | 460.00 | 902.00 |
| 08/01/06 | 104 | Rockford Orthopedic Associates, Ltd. | Claim re: Jeddrey Beres - per Court Order of 7/17/06 | 4220-000 | | 902.00 | 0.00 |
| 08/15/06 | | From Account #*********1365 | Transfer funds to pay PI & medical liens per Ct. Order of 8/14 | 9999-000 | 19,391.55 | | 19,391.55 |
| 08/17/06 | 105 | Attorney Toby Mulholland | Compensation to PI Attys per Ct. Ord. of 8/14/06<br>Voided on 08/17/06 | 3210-603 | | 18,220.45 | 1,171.10 |
| 08/17/06 | 105 | Attorney Toby Mulholland | Compensation to PI Attys per Ct. Ord. of 8/14/06<br>Voided: check issued on 08/17/06 | 3210-603 | | -18,220.45 | 19,391.55 |
| 08/17/06 | 106 | Blue Cross/Blue Shield | Pymt of med. re: Albert Hess (#01337IL0316090) per Ct. Ord. of 8/14/06.<br>Voided on 08/17/06 | 4220-003 | | 371.10 | 19,020.45 |
| 08/17/06 | 106 | Blue Cross/Blue Shield | Pymt of med. re: Albert Hess (#01337IL0316090) per Ct. Ord. of 8/14/06.<br>Voided: check issued on 08/17/06 | 4220-003 | | -371.10 | 19,391.55 |
| 08/17/06 | 107 | MRI Lincoln Imaging Center | Pymt. of account of Albert Hess - per Ct. Order of 8/14/06<br>Voided on 08/17/06 | 4220-003 | | 800.00 | 18,591.55 |
| 08/17/06 | 107 | MRI Lincoln Imaging Center | Pymt. of account of Albert Hess - per Ct. Order | 4220-003 | | -800.00 | 19,391.55 |

Subtotals :    $71,277.95    $51,886.40

{} Asset reference(s)    Printed: 11/06/2006 02:56 PM    V.8.12

## Form 2
## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 05-76888 MB | **Trustee:** | JOSEPH D. OLSEN (330400) |
|---|---|---|---|
| **Case Name:** | BERES, JEFFERY A. | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
|  | BERES, PENNIE L. | **Account:** | ***-*****13-66 - Checking Account |
| **Taxpayer ID #:** | 13-7535388 | **Blanket Bond:** | $1,500,000.00 (per case limit) |
| **Period Ending:** | 11/06/06 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
|  |  |  | of 8/14/06 |  |  |  |  |
|  |  |  | Voided: check issued on 08/17/06 |  |  |  |  |
| 09/20/06 |  | To Account #********1365 | Money transferred to DDA in error | 9999-000 |  | 19,000.00 | 391.55 |

|  | ACCOUNT TOTALS | 71,277.95 | 70,886.40 | $391.55 |
|---|---|---|---|---|
|  | Less: Bank Transfers | 71,277.95 | 19,000.00 |  |
|  | Subtotal | 0.00 | 51,886.40 |  |
|  | Less: Payments to Debtors |  | 15,000.00 |  |
|  | NET Receipts / Disbursements | $0.00 | $36,886.40 |  |

| Net Receipts : | 100,101.35 |
|---|---|
| Less Payments to Debtor : | 15,000.00 |
| Net Estate : | $85,101.35 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| MMA # ***-*****13-65 | 100,101.35 | 0.00 | 47,823.40 |
| Checking # ***-*****13-66 | 0.00 | 36,886.40 | 391.55 |
|  | $100,101.35 | $36,886.40 | $48,214.95 |

{} Asset reference(s)

Printed: 11/06/2006 02:56 PM    V.8.12

## TRUSTEE'S NARRATIVE

Trustee administered a personal injury cause of action which was eventually settled for $100,000.00. The only interesting issue in the case was the claim of Swedish American Hospital as a secured claim under the Healthcare Services Lien Act. The claim arose pre-petition but the purported lien was issued post-petition and the issue involved whether a statutory lien could be perfected post-petition without violating the automatic stay under 11 U.S.C. § 362(b), 11 U.S.C. § 546 and 11 U.S.C. § 549.

The Court decided in the Trustee's favor. The balance of the proof of claims were reviewed and non-objectionable.

# UNITED STATES BANKRUPTCY COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| IN RE:<br>BERES, JEFFERY A.<br>BERES, PENNIE L.<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-76888 MB<br><br>HONORABLE MANUEL BARBOSA |

## DISTRIBUTION REPORT

I, <u>JOSEPH D. OLSEN</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 11,747.11 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 36,467.84 |
| Tardily-Filed Unsecured Claims: | $ 0.00 |
| Fines, Penalties & Punitive Damages: | $ 0.00 |
| Post-Petition Interest: | $ 0.00 |
| Surplus to Debtor: | $ 0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$ 48,214.95** |

**DISTRIBUTION REPORTS** PAGE 1

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $11,747.11 | 100.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| | Yalden, Olsen & Willette | 4,208.50 | 4,208.50 |
| | JOSEPH D. OLSEN | 7,505.07 | 7,505.07 |
| | JOSEPH D. OLSEN | 33.54 | 33.54 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                                 **PAGE 2**

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,000.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

DISTRIBUTION REPORTS                                                    PAGE 3

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(6) - Deposits by consumers to the extent of $1,800.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §724(b)(6) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

DISTRIBUTION REPORTS                                                           PAGE 4

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
|  | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

DISTRIBUTION REPORTS                                                                 PAGE 5

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| | §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $62,268.68 | 58.57% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Creditors' Protection Service | 2,432.84 | 1,424.80 |
| 2 | Discover Bank/ Discover Financial Services | 2,389.99 | 1,399.70 |
| 3 | Northwest Suburban Community Hosp. | 407.64 | 238.74 |
| 4 | Portfolio Recovery Associates, LLC | 1,027.49 | 601.75 |
| 5 | Charming Shoppes/Fashion Bug | 696.31 | 407.80 |
| 6 | Portfolio Recovery Associates, LLC | 3,293.84 | 1,929.05 |
| 7 | Allied Business Accounts | 115.82 | 67.83 |
| 8 | Rockford Mercantile Agency | 21,998.89 | 12,883.72 |
| 9 | eCAST Settlement Corporation assignee of | 2,021.75 | 1,184.04 |
| 10 | Citibank USA dba Radioshack | 2,564.41 | 1,501.85 |
| 11 | Verizon North/AFNI | 920.59 | 539.15 |
| 12 | LVNV Funding LLC., its successors and assigns, as | 3,211.59 | 1,880.88 |
| 13 | LVNV Funding LLC., its successors and assigns, as | 1,864.32 | 1,091.84 |
| 14 | Swedish American Hospital | 18,969.91 | 11,109.78 |
| 15 | Swedish American Hospital - E/R Physicians | 353.29 | 206.91 |

**DISTRIBUTION REPORTS**  PAGE 6

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $0.00 | 0.00% |
| **CLAIM NUMBER    CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**DISTRIBUTION REPORTS**                                                                PAGE 7

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant or barred from distribution.

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOW /WITHDRAW DESIGNATE |
|---|---|---|---|---|
| Secured | 14 | Swedish American Hospital | $18,969.91 | Disallowed as Secured, allowed As unsecured. |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:    11/6/2006              s/s   Joseph D. Olsen
                                 JOSEPH D. OLSEN, Trustee

**DISTRIBUTION REPORTS**                                                                PAGE 7