Case Name: Jeffrey and Pennie L. Beres
Case No:   05 B 76888

# CERTIFICATION OF REVIEW

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 1/31/07                  WILLIAM T. NEARY
                                  United States Trustee, Region 11


                            BY:   ____/s/_____
                                  SHEREE G. DANDURAND
                                  Assistant U.S. Trustee