# UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS WESTERN DIVISION

| | |
|---|---|
| IN RE: <br> BERES, JEFFERY A. <br> BERES, PENNIE L. | CHAPTER 7 -- Liquidation <br><br> CASE NO. 05-76888 MB |
| Social Security/Employer Tax ID Number: <br> xxx-xx-3552  13-7535388 <br> Debtor(s) | HONORABLE MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **FEBRUARY 21, 2007** at 9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette <br> Attorney/Trustee | 0.00 | 4,208.50 | |

| | | |
|---|---|---|
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 7,505.07 |
| JOSEPH D. OLSEN<br>Trustee | 0.00 | 33.54 |

4. The Trustee's Final Report shows total:

    a. Receipts     $ __100,101.35__

    b. Disbursements     $ __51,886.40__

    c. Net Cash Available for Distribution     $ __48,214.95__

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $36,467.84, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $62,268.68.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

__2/1/07__                          __s/s Joseph D. Olsen__
DATE

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: jclarke                Page 1 of 3             Date Rcvd: Feb 02, 2007
Case: 05-76888                 Form ID: pdf002              Total Served: 122

The following entities were served by first class mail on Feb 04, 2007.
db         +Jeffery A. Beres,    608 W. 7th St.,    Belvidere, IL 61008-5677
jdb        +Pennie L. Beres,    608 W. 7th St.,    Belvidere, IL 61008-5677
aty        +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty        +Dennis A. Brebner,    Dennis Brebner & Associates,    860 Northpoint Boulevard,
              Waukegan, IL 60085-8211
aty        +Jaime Dowell,    Macey & Aleman,    20 West Kinzie,    Chicago, IL 60610-6392
aty        +John J Carrozza,    Macey & Chern,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
aty        +Richard J Waple,    Macey & Chern,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
tr         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
cr         +HSBC Mortgage Services,    P.O. Box 9068,    Brandon, FL 33509-9068
cr         +Swedish American Hospital,    c/o Dennis brebner & Associates,    860 Northpoint Blvd,
              Waukegan, IL 60085-8211
10247109   +AT&T Wireless,    1600 SW 4th Ave,    Portland, OR 97201-5596
10247110   +AWH Sales,    2222 Main St.,    Evanston, IL 60202-1544
10247101    Accounts Receivable Management, Inc,    PO Box 637,    Bellmawr, NJ 08099-0637
10601122   +Allied Business Accounts,    POB 1600,    Clinton IA 52733-1600
10247102   +Allied Interstate, Inc.,    P. O. Box 361373,    Columbus, OH 43236-1373
10247103    Allstate Insurance Co.,    P.O. Box 5660,    Woodridge, IL 60517-0660
10247105    American General Finance,    P.O. Box 5110,    Carol Stream, IL 60197-5110
10247106   +American General Finance,    342 Chrysler Dr,    Belvidere, IL 61008-6029
10247104   +American General Finance,    20 N CLARK ST STE 2600,    Chicago, IL 60602-5106
10247107   +Anthony B. D’Souza, MD,    6072 Brynwood Drive,    Ste 205,    Rockford, IL 61114-5829
10247108    Aspire,    PO Box 23007,    Columbus, GA 31902-3007
10247111   +Bailey & Assoc, Inc.,    108 W. Union Ave.,    Litchfield, IL 62056-1929
10247112   +Baker, Miller, Markoff & Grasny,    11 S. LaSalle 19th Fl,    Chicago, IL 60603-1203
10247113   +Banco Popular,    Cardmember Services,    PO Box 691147,    Orlando, FL 32869-1147
10247114   +Beneficial,    5414 E. State St.,    Rockford, IL 61108-2380
10247115   +Blatt, Hasenmiller, Leibsker, Moore,    2 N. LaSalle,    Ste. 900,    Chicago, IL 60602-4059
10247116   +Blitt & Gaines PC,    150 N. Wacker Ste. 2660,    Chicago, IL 60606-1611
10247117   +Cambridge Dental, PC,    P.O. Box 312,    Marengo, IL 60152-0312
10247118   +Camelot Radiology,    PO Box 5847,    Rockford, IL 61125-0847
10247119   +Capital Management Services,    726 Exchange St, #700,    Buffalo, NY 14210-1464
10247120    Capital One,    PO Box 85522,    Richmond, VA 23285-5522
10561056   +Charming Shoppes/Fashion Bug,    c/o First Express,    POB 856021,    Louisville KY 40285-6021
10247121    Citibank,    PO Box 209012,    Brooklyn, NY 11220-9012
10630362   +Citibank USA dba Radioshack,    POB 9025,    Des Moines IA 50368-9025
10247122   +City of Chicago Dept of Revenue,    330 S. State St., Suite 540,    Chicago, IL 60604-3904
10247123   +Collectech Systems, Inc.,    Consumer Service Dept.,    PO Box 4157,    Woodland Hills, CA 91365-4157
10247124    Com Ed,    Bill Payment Center,    Chicago, IL 60608
10247125    Condell Acute Care Center,    900 Garfield,    PO Box 7040,    Libertyville, IL 60048-7040
10247126   +Credit  Collection Services,    2 Wells Ave.,    Newton Center, MA 02459-3246
10247127    Credit Services,    PO Box 4,    Clinton, IA 52733-0004
10247128   +Creditors’ Protection Service,    202 W. State St., Suite 300,    PO Box 4115,
              Rockford, IL 61110-0615
10247129   +Dennis A. Brebner & Assoc.,    860 Northpoint Blvd.,    Waukegan, IL 60085-8211
10247130   +Direct Merchants Bank,    PO Box 21550,    Tulsa, OK 74121-1550
10247131    Directv,    PO Box 78626,    Phoenix, AZ 85062-8626
10247133    Dynamic Recovery Services,    PO Box 815808,    Dallas, TX 75381-5808
10247134   +Element Skateboard,    121 Waterworks Way,    Suite 100,    Irvine, CA 92618-3140
10247136    Fashion Bug,    P.O.Box 84073,    Columbus, GA 31908-4073
10247137   +Financial Recovery Services,    P.O. Box 385908,    Minneapolis, MN 55438-5908
10247138   +First National Acceptance,    108 W. Union,    Litchfield, IL 62056-1929
10247139    GE Capital,    PO Box 508,    Depew, NY 14043-0508
10247140   +Grant Thorton LLP,    18300 Von Karman,    Suite 800,    Irvine, CA 92612-1037
10247141   +Gulf State Credit, LLC,    PO Box 105507,    Atlanta, GA 30348-5507
10247147   +HRS USA / Best Buy,    PO Box 17298,    Baltimore, MD 21297-1298
10247143   +Home Depot,    PO Box 103047,    Roswell, GA 30076-9047
10247144   +Household Finance,    P.O. Box 1878,    Carol Stream, IL 60128-1878
10247145   +Household Mortgage Services,    PO Box 2369,    Brandon, FL 33509-2369
10247146   +Household Mortgage Services,    PO Box 17580,    Baltimore, MD 21297-1580
10247148    Illinois Department of Transportati,    Division of Traffic Safety,    3215 Executive Park Drive,
              Springfield, IL 62766-0001
10247149   +JH Patterson Lumber Co.,    PO Box 99,    Rockford, IL 61105-0099
10247099   +Jeffery A. Beres,    Pennie L. Beres,    608 W. 7th St.,    Belvidere, IL 61008-5677
10247100   +Jeffrey J. Aleman,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10247150   +Joan W. Chen, M.D.,    1632 South State Street,    Belvidere, IL 61008-5940
10247151   +Joseph D. Olsen,    1318 E. State St.,    Rockford, IL 61104-2228
10650718    LVNV Funding LLC., its successors and assigns, as,    Resurgent Capital Services,    P.O. Box 10587,
              Greenville, SC 29603-0587
10247153    Linebarger Goggan Blair & Sampson,    PO Box 803225,    Chicago, IL 60680-3225
10247154   +Lyon & Silvestri,    4615 E. State St. Ste. 203,    Rockford, IL 61108-2158
10631573   +Marango Rescue Squad,    110 Telegrapt St,    Marengo, IL 60152-3155
10247155   +Monterey Financial Services,    PO Box 2669,    Carlsbad, CA 92018-2669
10247156   +Montgomery County Treasurer,    PO Box 596,    Hillsboro, IL 62049-0596
10247157   +Mutual Management Services, Inc,    401 E. State St. P.O. Box 4777,    Rockford, IL 61104-1027
10247159   +NCO Financial,    PO Box 41457,    Philadelphia, PA 19101-1457
10247160   +NCO Financial,    PO Box 41846,    Philadelphia, PA 19101-1846
10247161   +NCO Group,    2665 Elizabeth Lake,    Waterford, MI 48328-3277
10247158   +Nadeem Hanif, MD,    5668 E. State St.,    B600,    Rockford, IL 61108-2490
10247162   +Northern Illinois Imaging,    PO Box 388309,    Chicago, IL 60638-8309
10247163  +++Northwest Suburban Community Hosp.,    5517 Paysphere Cir,    Chicago IL 60674-0055
10631574   +OSF Home Medical Equipment,    6075 Reliable Pkwy,    Chicago, IL 60686-0001
10247164   +Palisades collection,    2425 Commerce Ave ste 10,    Suite 6,    Duluth, GA 30096-8913
```

```
District/off: 0752-3          User: jclarke              Page 2 of 3                   Date Rcvd: Feb 02, 2007
Case: 05-76888                Form ID: pdf002            Total Served: 122

10631575     +Perryville Surgical Assoc,    Edward C Pyun Jr MD,    1848 Daimler Rd,    Rockford, IL 61112-1019
10247165     +Pierce & Associates,    18 S. Michigan Ave.,    Suite 1200,    Chicago, IL 60603-3296
10247166     +Portfolio Recovery Associates LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
10557812     +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
10247167     +Providian,    P.O. Box 371444,    Pittsburgh, PA 15250-7444
10247168      Providian Financial,    PO Box 371444,    Pittsburgh, PA 15250-7444
10247172     +RMA, Inc.,    8400 W. 110th Ste. 520,    Shawnee Mission, KS 66210-2302
10247169     +Radio Shack,    PO Box 9025,    Des Moines, IA 50368-9025
10247170     +Radiology Consultants Rockford,    PO Box 4542,    Rockford, IL 61110-4542
10247171     +Riddle & Associates, P.C.,    PO Box 1187,    Sandy, UT 84091-1187
10247173      Rockford Cardiology Associates, Ltd,    5668 E. State St.,    Suite B200,    Rockford, IL 61108-2465
10247174     +Rockford Health System,    2300 N. Rockton Ave.,    Rockford, IL 61103-3619
10247175     +Rockford Memorial Hospital,    PO Box 14125,    Rockford, IL 61105-4125
10247176     +Rockford Mercantile Agency,    2502 S. Alpine Rd,    Rockford, IL 61108-7813
10247177     +Rockford Orthopedic Ltc,    535 Roxbury Rd.,    Rockford, IL 61107-5076
10247179     +SBC,    3206 W. 61st Street,    Chicago, IL 60629-3288
10247180     +Seventh Avenue,    1112 7th Ave.,    Monroe, WI 53566-1364
10247181     +Sherman Acquisitions,    PO Box 9017,    Oceanside, NY 11571-9017
10247182      Sherman Acquisitions, LLP,    P.O. Box 10587,    Greenville, SC 29603-0587
10247183     +Silver Cross Hospital,    1200 Maple Road,    Joliet, IL 60432-1497
10247184     +Sodaran P. Jacob MD,    435 N Mulford Rd,    Ste 6,    Rockford, IL 61107-5100
10247185      Solomon & Solomon PC,    Columbia Circle,    Box 15019,    Albany, NY 12212-5019
10247186     +St Joseph Hospital,    2900 N. Lake Shore Dr.,    Chicago, IL 60657-6274
10247187     +St. Anthony Medical Center,    1201 S. Main St.,    Crown Point, IN 46307-8483
10247188     +Supras Resource Corporation,    3120 Hayes Rd.,    Suite 200,    Houston, TX 77082-2622
10660044     +Swedish American Hospital,    C/O Dennis A. Brebner & Associates,    860 Northpoint Blvd.,
               Waukegan, IL 60085-8211
10247189     +Swedish American Hospital,    PO Box 4448,    Rockford, IL 61110-0948
10660045     +Swedish American Hospital - E/R Physicians,    C/O Dennis A. Brebner & Associates,
               860 Northpoint Blvd.,    Waukegan, IL 60085-8211
10247190     +Syndrome Distribution,    1410 Vantage Ct.,    Vista, CA 92081-8509
10247191      The CIT Group/Commercial Services,    PO Box 1036,    Charlotte, NC 28201-1036
10247192     +The Spine Center,    7627 W. Lake St.,    Suite 210,    River Forest, IL 60305-1878
10550861     +Various Creditors,    c/o Creditors’ Protection Service,    POB 4115,    Rockford IL 61110-0615
10247194    +++Verizon North/AFNI,    404 Brock Dr,    Bloomington IL 61701-2654
10247196     +Wilber Law Firm PC,    PO Box 2159,    Bloomington, IL 61702-2159
10247197     +William McCullough Jr.,    775 Orange St.,    Elgin, IL 60123-7486
10247198     +Wolpoff & Abramson, L.L.P.,    7272 Wisconsin Ave, 4th floor,    Bethesda, MD 20814-4862
10247199      Wolpoff & Abramson, LLP,    702 King Farm Road,    Rockville, MD 20850-5775
10607089      eCAST Settlement Corporation,    assignee of Household Fin Corp/Beneficia,    POB 35480,
               Newark, NJ  07193-5480
10623320      eCAST Settlement Corporation assignee of,    Household Finance Corporation/Beneficial,    POB 35480,
               Newark NJ 07193-5480
10247135      ePenzio, Inc.,    2755 E. Cottonwood Pkwy,    Suite 450,    Salt Lake City, UT 84121-6966
The following entities were served by electronic transmission on Feb 03, 2007.
10247132     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 03 2007 01:47:45      Discover,    PO Box 30395,
               Salt Lake City, UT 84130-0395
10552948     +E-mail/PDF: mrdiscen@discoverfinancial.com Feb 03 2007 01:47:45
               Discover Bank/ Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026-8003
10247152      E-mail/PDF: ebn@phinsolutions.com Feb 03 2007 01:15:07      Law Offices of Mitchell N. Kay,
               P.O. Box 2374,    Chicago, IL 60690-2374
10247193     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Feb 03 2007 01:15:14      Verizon,
               One Verizon Place,    Alpharetta, GA 30004-8510
                                                                                                TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 aty          Albert Pino
10247142      Highland Community Hospital,    Unknown
10247178      Rosecrance,    Unknown
10247195      Video Goldmine,    Unknown
 aty*        +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
                                                                                                TOTALS: 4, * 1

Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked ’+++’ were transmitted to the recipient’s preferred mailing address
pursuant to 11 U.S.C. 342(e).
```

```
District/off: 0752-3         User: jclarke          Page 3 of 3              Date Rcvd: Feb 02, 2007
Case: 05-76888               Form ID: pdf002        Total Served: 122

           ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 04, 2007**                                    **Signature:**    _Joseph Speetjens_